UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                    :
CARLOS RUIZ FLOREZ,                                 :
                              Plaintiff,            :
                                                    :
                 -against-                          :          21-CV-9549 (VSB)
                                                    :
14 L. PIERRE ASSOCIATES, LLC and MCD               :
HOSPITALITY LLC,                                    :          **ORDER**
                              Defendants.           :
--------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        It has been reported to the Court that the parties in this case have reached a settlement in

principle.  (Doc. 27.)  Accordingly, it is hereby:

        ORDERED that the above-captioned action is dismissed without costs to any party and

without prejudice to restoring the action to this Court's docket if the application to restore the

action is made within thirty (30) days.

SO ORDERED.

Dated:  May 9, 2022
         New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge